1  **JENNIFER L. COON**
   California State Bar No. 203913
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Jennifer_Coon@fd.org

5  Attorneys for Defendant Cardoso-Julian

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE RUBEN B. BROOKS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2790 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| PABLO CARDOSO-JULIAN, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: December 7, 2007         /s/ *JENNIFER L. COON*
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Defendant
                                Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  December 7, 2007         /s/ *JENNIFER L. COON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Jennier_Coon@fd.org (email)