1  Christian De Olivas
   CalBarNo. 249608
2  De Olivas Law Firm, APLC
   200 N. Bradford Ave., Suite L
3  Placentia, CA 92870
   Telephone: (714) 646-3314
4  Facsimile:  (714) 646-3721

FILED
DEC 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br> PABLO CARDOSO-JULIAN,<br><br>         Defendant | Case No: 307-MJ-02790-RBB<br><br>**SUBSTITUTION OF ATTORNEY** |

PABLO CARDOSO-JULIAN _____ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, JENNIFER L. COON.

DATED: 12-17-07                    X _____
                                          DEFENDANT

I consent to the above substitution.

DATED: 12/26/07                    _____
                                          PRESENT ATTORNEY

                                1       307-MJ-02790-RBB-1

1  //

2  I am duly admitted to practice in this district.

3  I accept the above substitution.

4

5  DATED: __12-17-07__  _____

6  NEW ATTORNEY

7

8  Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE
9  COURT.

10

11 DATED:                          APPROVED:

12  __12/26/07__                   _____

13                                 UNITED STATES DISTRICT COURT MAGISTRATE

14                                                         Judge

2

307-MJ-02790-RBB-1